No. 81–150. NORTHERN PIPELINE CONSTRUCTION CO. *v.* MARATHON PIPE LINE CO. ET. AL.; and

No. 81–546. UNITED STATES *v.* MARATHON PIPE LINE CO. ET AL., 458 U. S. 50, and *ante,* p. 813. Application of the Solicitor General to further extend the stay of judgment denied.

JANUARY 7, 1983

No. A–556 (82–863). HASTINGS, UNITED STATES DISTRICT JUDGE *v.* UNITED STATES ET AL. C. A. 11th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

JANUARY 10, 1983

No. 82–563. GRANT-OLIVER CORP. ET AL. *v.* MOON AREA SCHOOL DISTRICT. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 82–743. LINCOLN CREDIT CO. ET AL. *v.* PEACH, CIRCUIT ATTORNEY OF THE CITY OF ST. LOUIS, MISSOURI, ET AL. Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.

No. 82–926. ST. MARIE *v.* IOWA. Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question.

No. 82–5688. SCOTT ET AL. *v.* KIMERLING. Appeal from Sup. Ct. Ala. dismissed for want of substantial federal question.